UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ASHLEY LUTHER MURRAY PRICE,

    Petitioner,

v.

W.L. MUNIZ, Warden,

    Respondent.

Case No. 2:18-cv-05571-RSWL-JC

JUDGMENT

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed with prejudice because petitioner's claims are barred by the statute of limitations.

IT IS SO ADJUDGED.

DATED: April 7, 2020    s/ RONALD S.W. LEW
HONORABLE RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE